IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BILLY RAY SANFORD, 06018523, <br> Plaintiff, | ) ) ) |
| v. | ) ) ) No. 3:06-CV-2158-M <br> ECF |
| BILL HILL, ET AL. <br> Defendants. | ) ) ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DENYING MOTION TO QUASH AND/OR SET ASIDE THE INDICTMENT

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the findings, conclusions and recommendation of the United States Magistrate Judge. For the same reasons that the Court accepts the Findings and Recommendation, the Court denies the Motion to Quash and/or Set Aside the Indictment.

SO ORDERED this 2nd day of March, 2007.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE